IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, | CASE NO. CV F 06-1595 OWW LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**INTRODUCTION**

Plaintiff Sevan Kayaian ("plaintiff") proceeds pro se and in forma pauperis and on November 8, 2006, filed an untitled document which this Court construes as a complaint ("complaint"), the purported caption of which appears to list the United States of America as defendant. The complaint is generally unintelligible and states: "Being poor and not voting does not mean we will sit bad [sic] and let you mistreat us!" The complaint further states:

> Driving they say is a privilege not a right. How about entering the Federal Building? According to the U.S. Marshals, that too is a privilege not a right. What is happening to this country?[1]

---

[1] This Court has been informed that plaintiff has been escorted from the this Court's building.

1

1  The complaint requests "respect all people as it should be. Even us with-out [sic] money."

2  The magistrate judge issued November 13, 2006 findings and recommendations to dismiss this
3  action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter
4  jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further
5  attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent
6  attempts to vex. On November 16, 2006, plaintiff filed what this Court construes as objections to the
7  findings and recommendations. The objections are rambling, generally unintelligible, appear to confront
8  the magistrate judge and U.S. Marshals, and fail to address the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's November 13, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's November 13, 2006 findings and recommendations;

2. DISMISSES this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent attempts to vex; and

3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 24, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE